

08 CV 02426

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

BIODIESEL VENTURES, LLC,

            Plaintiff,

- against -

CONVERGENCE NETWORK PTE LTD.,
ADVANCED ENGINEERING DEVELOPMENT LTD.
AND GLENCORE GRAIN B.V.,

            Defendants.

------------------------------------------------------------ x

08 CV ____
ECF CASE

RECEIVED MAR 10 2008 U.S.D.C. S.D.N.Y. CASHIERS

**PLAINTIFF BIODIESEL VENTURES, LLC's Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Biodiesel Ventures, LLC ("Biodiesel Ventures"), a private non-governmental party, hereby certifies that Biodiesel Ventures is a wholly-owned subsidiary of its parent and co-defendant in this matter, National Biofuels, LP. Biodiesel Ventures' shares are not publicly traded and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
      March 10, 2008

Respectfully submitted,
LOCKE LORD BISSELL & LIDDELL LLP

By: _____
Kevin J. Walsh (KW 6083)
Casey B. Howard (CH 4633)
885 Third Avenue, 26th Floor
New York, New York 11105
212.812.8304
Fax: 212.812.8364
Attorneys for Plaintiff
Biodiesel Ventures, LLC

1

OF COUNSEL:

Kenneth E. McKay
**LOCKE LORD BISSELL & LIDDELL LLP**
600 Travis, Suite 3400
Houston, Texas 77002-3095
713.226.1127
Fax: 713.223.3717