UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BIODIESEL VENTURES, LLC,

                     Plaintiff,

               - against -

CONVERGENCE NETWORK PTE LTD.,
ADVANCED ENGINEERING DEVELOPMENT LTD.
AND GLENCORE GRAIN B.V.,

                    Defendants.
------------------------------------------------------------------ x

08 CV _____
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-12-08

### ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(C)

Upon motion of the Plaintiff for an Order appointing Kevin J. Walsh, Casey B. Howard or any other partner, associate, paralegal or other agent of the New York Office of LOCKE LORD BISSELL & LIDDELL LLP to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories or other process in this action, and

Upon reading the Affidavit of Casey B. Howard, sworn to March 10, 2008, and good cause having been shown,

IT IS ORDERED that Kevin J. Walsh, Casey B. Howard or any other partner, associate, paralegal or other agent of the New York Office of LOCKE LORD BISSELL & LIDDELL LLP be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon Defendants herein and upon the garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon

1

information developed subsequent hereto by Plaintiffs, may hold assets for or on account of the Defendants; and,

IT IS FURTHER ORDERED that in order to avoid the need to repetitively serve the garnishee(s)/banking institutions continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: __March 12__, 2008          **SO ORDERED:** _____