# LLB&L
## Locke Lord Bissell & Liddell
Attorneys & Counselors

885 Third Avenue 26th Floor
New York, NY 10022
Telephone 212 947 4700
Fax 212-947-1202
www.lockelord.com

Kevin J. Walsh
Direct Telephone 212-812-8304
Direct Fax 212-812-8304
kwalsh@lockelord.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 3 1 2008

March 27, 2008

**BY FACSIMILE**

**MEMO ENDORSED**

The Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

Re: <u>Biodiesel Ventures, LLC v. Convergence Network, PTE Ltd., et al.</u>, 08-cv-2426

Dear Judge Swain:

    We represent Biodiesel Ventures, LLC, Plaintiff in the above-referenced matter.

    We have received the Court's Initial Conference Order, issued March 19, 2008, which directs that Plaintiff serve same within 10 days and which sets deadlines for pretrial procedures under the Federal Rules.

    This is an action under Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, with defendants not present in the District and pending determination of whether these defendants have assets in the District, service on these foreign defendants has not yet been made.

    Pursuant to the suggestion of your law clerk, Ms. Sarah Bender-Nash, on March 25, 2008, we write to respectfully request an extension of time to serve the Defendants in this matter with the Court's Initial Conference Order of March 19, 2008, a copy of which is attached hereto.

    We request that the deadline for service of the Initial Conference Order be extended to June 19, 2008 and that all other dates in the Order be adjourned accordingly. If it would be of assistance to the Court, upon approval of this request, we will be glad to submit a revised proposed Order for the Court.

*The request is granted the initial conference date is adjourned to July 25, 2008, at 11:30 AM*
*SO ORDERED.*
*3/31/08*
*LAURA TAYLOR SWAIN U.S.D.J.*

Respectfully Submitted,

Kevin J. Walsh

cc: Jeremy J.O. Harwood, Esq.

Atlanta  Austin  Boston  Chicago  Dallas  Houston  London  Los Angeles  New Orleans  New York  Sacramento  Washington DC

NYC 66837v.2