UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Biodiesel Ventures, LLC

                Plaintiff,

                                                                                        08 CIVIL 2426 ( LTS )(DCF)

      -against-

Convergence Network Pte LTD., Et Al.
                Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Casey Brian Howard

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       CH4633

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Barger and Wolen LLP

    To: Locke Lord Bissell & Liddell LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* 885 Third Ave., 26th Fl., New York, NY 10022

☒ *Telephone Number:* (212) 812-8342

☒ *Fax Number:* (212) 812-8372

☒ *E-Mail Address:* choward@lockelord.com

Dated: 4/01/08                               *[signature]*