

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

BIODIESEL VENTURES, LLC,
        :
        :
        Plaintiff      :    08 CV 02426 (LTS)
        :    ECF CASE
    - against -    :
        :    **NOTICE OF**
CONVERGENCE NETWORK PTE LTD.,    :    **VOLUNTARY DISMISSAL**
ADVANCED ENGINEERING DEVELOPMENT LTD.  :    **WITHOUT PREJUDICE**
AND GLENCORE GRAIN B.V.,    :
        :
        Defendants  :

-------------------------------------------------------------- x

        **PLEASE TAKE NOTICE THAT**, no Defendant having answered or filed a motion for

summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff hereby dismisses this action

with respect to all claims against all Defendants, without prejudice to renewal of any or all

claims.

Dated: New York, New York        Respectfully submitted,
    April 23, 2008        **LOCKE LORD BISSELL & LIDDELL LLP**

        By: _____
        Kevin J. Walsh (KW 6083)
        Casey B. Howard (CH 4633)
        885 Third Avenue, 26th Floor
        New York, New York 11105
        212.812.8304
        Fax: 212.812.8364
OF COUNSEL:        Attorneys for Plaintiff Biodiesel Ventures,
        LLC

Kenneth E. McKay
**LOCKE LORD BISSELL & LIDDELL LLP**
600 Travis, Suite 3400        **SO ORDERED.**
Houston, Texas 77002-3095
713.226.1127
Fax: 713.223.3717        _____ 4|24|08
        LAURA TAYLOR SWAIN
        UNITED STATES DISTRICT JUDGE